# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **NATHANIEL CARMOUCHE #618126** | **CASE NO. 1:22-CV-01081 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TIM HOOPER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 5] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 6] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Nathaniel Carmouche's § 2254 Petition is **DENIED** as untimely and **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 5th day of July 2022.

_____
Terry A. Doughty
United States District Judge